AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241



# UNITED STATES DISTRICT COURT
for the

Jorge Solano-Moreta
*Petitioner*

v.   Case No. 5:23-cv-559-SPC-PRL
*(Supplied by Clerk of Court)*

Shannon D. Withers, Warden
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Jorge J. Solano-Moreta
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: United States Penitentiary Coleman 2
   (b) Address: P.O. Box 1034, Coleman, FL 33521
   (c) Your identification number: 11611-069
3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: U.S. District Court for The District of Puerto Rico
   (b) Docket number of criminal case: 95-160 (RAM) 1
   (c) Date of sentencing: 12-29-97
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☑ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☑ Other (explain): (A) The Warden has been denying me access to the inmates telephone in violation of the BOP's Policies; (B) The Warden is denying me needed Medical Care.

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: U.S. District Court for District of Puerto Rico

   (b) Docket number, case number, or opinion number: 95-160 (RAM) 1

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): Conviction and sentence on Count 4 of the indictment for the "Use and Carrying" a firearm during a drug trafficking crime in violation of titles 18 U.S.C. 924(c) and 2

   (d) Date of the decision or action: 12-29-97

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☐ Yes  ☑ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: N/A

   (2) Date of filing: _____

   (3) Docket number, case number, or opinion number: _____

   (4) Result: _____

   (5) Date of result: _____

   (6) Issues raised: _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: Ground/Claim raised here was not available at the time my Direct Appeal was decided.

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes    ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: N/A

   (2) Date of filing:
   (3) Docket number, case number, or opinion number:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

   (b) If you answered "No," explain why you did not file a second appeal: Claim raised here was not available at the time of my Direct Appeals

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes    ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court:

   (2) Date of filing:
   (3) Docket number, case number, or opinion number:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal: **Claim raised here was not available during my Direct Appeals**

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☑ Yes   ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
☐ Yes   ☑ No

If "Yes," provide:
(1) Name of court: **N/A**
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   ☑ No

If "Yes," provide:
(1) Name of court: **N/A**
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: Because my claim here is Actual Innocence of the 924(c) and the proper remedy for such claim is the remedy under 28 U.S.C. 2241 because the remedy under 28 U.S.C. 2255 is inadequate or ineffective for Actual Innocence Claims.

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes    ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: N/A
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes    ☐ No

If "Yes," provide:
(1) Date of filing: N/A
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?   N/A

☐ Yes    ☐ No

If "Yes," provide:
(1) Name of court: N/A
(2) Date of filing:
(3) Case number:

    (4) Result: N/A
    (5) Date of result:
    (6) Issues raised:

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☑ Yes     ☐ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application: 28 U.S.C. 2241
    (b) Name of the authority, agency, or court: U.S. District Court for The District of Oklahoma City, Oklahoma
    (c) Date of filing: Don't Remember
    (d) Docket number, case number, or opinion number: Don't Remember
    (e) Result: Denied
    (f) Date of result: Don't Remember
    (g) Issues raised: Same here

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **GROUND ONE:** Actual Innocence of 18 U.S.C. 924(c) "Use and Carrying" of a firearm during a drug Trafficking Crime, Count 4.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The evidence shows that the firearm was in a bag during the alleged drug trafficking crime and therefore i'm Actually Innocent of the 924(c) count because the firearm was not Use, was not Active Employed as required by Precedent of the Supreme Court.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes    ☒ No

**GROUND TWO:** 5th Amendment Right Violation (Due Process) And 14th Amendment Right Violation (Equal Protection).

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The Warden has been denying me access to the inmates telephone for over 9 months even though i don't have telephone restriction by the UDC nor the Disciplinary Hearing Officer (DHO), in violation of my Due Process, Equal Protection Rights, and in violation of the Federal Bureau of Prisons (BOP)'s Policies.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    ☐ No    Appeals have not been available.

**GROUND THREE:** 8th Amendment Right Violation (Deliberate Indifferent To Medical Care Needs).

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

On 8-18-23, i was Brutally Attacked by Another Inmate and as result i was rushed to the Ocala Regional Hospital due to the many injuries i suffered, that required surgery to repair broken facial bones, Hospitalization, Continue medical treatment for 8 weeks and the Warden Ordered my return to the Prison 12 days after the attack, interfering with needed Hospital treatment and in the Prison i have and i am being deny needed Medical Care.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☐ No    Appeals have not been been available.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes          ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:     N/A

**Request for Relief**

15. State exactly what you want the court to do: Order a Mandatory Injunction Ordering THe Warden: To Provide me Immediate Access To The Inmates' Telephone; To Provide me Needed Medical Care, Fortwith; And That The Court Order THe Dismissal of my 18 U.S.C. 924(c) and 2, and Order my Release from Custody.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

9-24-23.

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:  9-24-23.                              Jorge Solano
                                             *Signature of Petitioner*


                                             *Signature of Attorney or other authorized person, if any*